UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DELACIE PHILLIPS**                                        CIVIL ACTION

versus                                                      NO. 11-2725

**N. BURL CAIN, WARDEN**                                    SECTION: "C" (1)

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's four objections to Magistrate Judge's Report and Recommendation ((1) objection to the finding that the state court judgment that there was sufficient evidence to support the jury verdict was correct; (2) objection to the conclusion that the state court's decision that the identification process used was not unduly suggestive was proper; (3) objection to the finding that the state court properly concluded that petitioner was not denied his right to confrontation; and (4) objection to the conclusion that the state court correctly decided that petitioner was not denied effective assistance of counsel), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Delacie Phillips** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2 day of July, 2012.

UNITED STATES DISTRICT JUDGE